UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JADI L. BOUTIN ET AL.** | **CASE NO. 6:20-CV-01049** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED SPECIALTY INSURANCE CO. ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 16] of the Magistrate Judge, recommending that plaintiffs' Motion to Remand [doc. 11] be denied and that all claims against Louisiana Farm Bureau be dismissed on the grounds that that entity is a nominal party. Plaintiffs have filed no objection to the Report and Recommendation and their time for doing so has passed. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 16] be **ADOPTED** and that the Motion to Remand [doc. 11] be **DENIED**. **IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that all claims in this matter against defendant Louisiana Farm Bureau be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 7th day of January, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**